UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.L.J., INC., a California Corporation d/b/a LAGUNA BEACH JEAN CO.; and STEVE KIM, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAGUNA BEACH SWIMWEAR, INC., a California Corporation; VIVO CHAOUAT, an individual; ROY PERLMUTER, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV 10-6245 DSF (SSx)<br><br>**PRELIMINARY INJUNCTION** |

Plaintiffs J.L.J., Inc. dba Laguna Beach Jean Co. and Steve Kim (collectively "Plaintiffs") sought and obtained a Temporary Restraining Order and Order to Show Cause for Preliminary Injunction. Having reviewed the documents filed by the parties and having considered the arguments of counsel, the Court finds:

1. Plaintiffs are likely to succeed in showing that Defendants have violated the License Agreement between the parties and have, among other things, sold and promoted unauthorized Laguna Beach Jean Co. branded products;

1    2.   Defendants' ongoing manufacturing, distributing, advertising, promoting, offering for sale and selling of unauthorized and sub-standard Laguna Beach Jean Co. branded products will result in immediate and irreparable injury to Plaintiffs;

3.   The harm to Plaintiffs from denial of the requested injunction would outweigh the harm to Defendants' legitimate interests from granting an injunction.

THEREFORE, IT IS ORDERED that Defendants, their agents, servants, employees, officers, associates, attorneys, and all persons acting by, through, or in concert with any of them, are enjoined from:

(1)   Using the brand name "LAGUNA BEACH JEAN CO." and any of Plaintiffs' trademarks connected to the Laguna Beach Jean Co. (collectively "LBJC Marks") in connection with the manufacturing, distribution, advertising (including attendance at trade shows), offering for sale, and/or sale of merchandise;

(2)   Committing any other act that falsely represents or that has the effect of falsely representing that the goods and services of Defendants are licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Plaintiffs;

(3)   Otherwise infringing on the LBJC Marks;

(4)   Otherwise diluting the LBJC Marks;

(5)   Unfairly competing with Plaintiffs;

(6)   Selling, moving, destroying, or otherwise disposing of existing inventory of Laguna Beach Jean Co. branded products, including but not limited those located at 860 South Los Angeles Street, Los Angeles, California 90014;

(7)   Moving, destroying, or otherwise disposing of any products, labels, or other items, merchandise or documents bearing, relating to or used for reproducing the LBJC Marks or any reproduction, counterfeit, copy or colorable imitation thereof.

DATED: March 8, 2011

_____
Dale S. Fischer
United States District Judge